**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE RAYMOND ALLEN, | ) NO. CV 10-5778-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DIRECTOR OF CDC, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Denying Request for Extension of Time,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 12, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE